# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEONARD MORGAN HAIRSTON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 79963

**FILED**

DEC 0 9 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court "order granting to transfer to different department." Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

Because no statute or court rule permits an appeal from an order reassigning appellant's case to be heard by a different district court department, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Michelle Leavitt, District Judge
Leonard Morgan Hairston
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

19-49759